IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ERIC KELLER, on behalf of himself )
and others similarly situated, )
                               )
           Plaintiff,          )
                               )
     v.                        )           1:23CV409
                               )
EXPERIAN INFORMATION           )
SOLUTIONS, INC.,               )
                               )
           Defendant.          )

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that the motion to dismiss for lack of Article III standing (Doc. 45) by Defendant Experian Information Solutions, Inc. ("Experian") is GRANTED, Plaintiff Eric Keller's first amended complaint (Doc. 11) is DISMISSED WITHOUT PREJUDICE, and Experian's motion for judgment on the pleadings (Doc. 24), Keller's motion for leave to amend (Doc. 27), and Experian's motion for a protective order and motion to quash Keller's request for entry (Doc. 48) are DENIED WITHOUT PREJUDICE.

                              /s/   Thomas D. Schroeder
                              United States District Judge
September 23, 2025